**UNITED STATES DISTRICT COURT**
**NORHTERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| Elizabeth Lunsford, | CASE NO.: 3:08-cv-00094-JTM-CAN |
| Plaintiff, | |
| v. | |
| Credit Control, LLC, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:    */s/ Jeffrey S. Hyslip*
     Jeffrey S. Hyslip
     Sears Tower, Suite 5150
     Chicago, IL 60606
     Tel:  1.866.339.1156
     FaX: 1.312.822.1064
     Email:  jsh@legalhelpers.com
     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on November 21, 2008, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

Credit Control, LLC
c/o CT Corporation System, Registered Agent
208 S LaSalle St
Chicago, IL 60604

              */s/ Jeffrey S. Hyslip*